<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAJESH DHARIA,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | Civil Action No. 24-10826 (SDW) (SDA)<br><br>**WHEREAS OPINION**<br><br>March 14, 2025 |

**WIGENTON**, District Judge.

  **THIS MATTER** having come before this Court upon Defendant's Motion to Dismiss (D.E. 5 ("Motion")) *pro se* Plaintiff Rajesh Dharia's ("Plaintiff") Complaint (D.E. 1-1 ("Complaint")) filed in New Jersey Superior Court, Middlesex County on March 19, 2024 and removed to this Court on November 29, 2024 (D.E. 1); and

  **WHEREAS** this Court previously dismissed with prejudice Plaintiff's prior action ("Dharia I") alleging substantially the same facts on the grounds that Plaintiff lacked standing and raised non-justiciable political questions. *See Dharia v. United States*, No. 24-5915 (SDW) (LDW), 2024 WL 4626403 (D.N.J. Oct. 30, 2024); and

  **WHEREAS** this Court's prior opinion in Dharia I explicitly stated that the "dismissal is an adjudication of the merits and hence a bar to further litigation of the claim." *Id.* at *1; and

  **WHEREAS** the doctrine of claim preclusion is applicable here and bars this action from proceeding; and

1

2

**WHEREAS** this Court finds that the case is dismissible on several other grounds primarily laid out by Defendant in its Motion — namely that the United States has sovereign immunity, Plaintiff does not state a claim, and the statute of limitations has passed on any claim that Plaintiff may have; therefore

Defendant's Motion is **GRANTED** and the Complaint is **DISMISSED WITH PREJUDICE**. An appropriate order follows.

                                                       */s/ Susan D. Wigenton*
                                               **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:   Parties
      Stacey D. Adams, U.S.M.J.