<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RAJESH DHARIA,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>           Defendants. | Civil Action No. 24-10826 (SDW) (SDA)<br><br>**WHEREAS OPINION & ORDER**<br><br>April 30, 2025 |

**WIGENTON**, District Judge.

      **THIS MATTER** having come before this Court upon *pro se* Plaintiff Rajesh Dharia's ("Plaintiff") "Notice of Motion to Oppose" (D.E. 12) filed on March 15, 2025 and Motion for Reconsideration (D.E. 13) filed on March 18, 2025 (the "Motions"); and

      **WHEREAS** this Court previously issued an opinion (D.E. 10) and order (D.E. 11) granting the Government's motion to dismiss with prejudice on the grounds that claim preclusion barred the claim from proceeding; and

      **WHEREAS** the Motions do not present any valid legal arguments, nor any basis for reopening this matter; therefore

      The Motions are **DENIED**, and this case shall remain closed. Plaintiff shall be cautioned that continued submission of frivolous or repetitive filings may result in sanctions, including an order restricting Plaintiff from further filings in this case or in this District without prior Court approval.

2

**SO ORDERED**.

*/s/ Susan D. Wigenton*
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc:   Parties
      Stacey D. Adams, U.S.M.J.